NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE:  ADVANCED NUTRITIONAL SUPPLEMENTS,**
*Appellant*

———————————

2022-1042

———————————

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 88766676.

———————————

**JUDGMENT**

———————————

JEFFREY STURMAN, Sturman Law LLC, Denver, CO, argued for appellant Advanced Nutritional Supplements.

DANIEL KAZHDAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal.  Also represented by THOMAS L. CASAGRANDE, CHRISTINA J. HIEBER, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PROST, and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 13, 2022 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |